THE STATE OF OHIO, APPELLEE, *v.* PATTERSON, APPELLANT.

[Cite as *State v. Patterson* (1996), 75 Ohio St.3d 413.]

(No. 95–2339—Submitted February 20, 1996—Decided April 10, 1996.)

414

*Anthony G. Pizza,* Lucas County Prosecuting Attorney, and *Craig T. Pearson,* Assistant Prosecuting Attorney, for appellee.

*Larry Patterson, pro se.*

---

*Per Curiam.* We affirm the decision of the court of appeals for the reason stated in its decision.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.